IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

BRIAN MARTIN )
)
    Plaintiff, )　　　Case Number: 14CV2433
)　　　Division:
v. )
)
COUNTRY PREFERRED INSURANCE COMPANY )
)
    Defendant. )

### ORDER

NOW on this 14 day of October, 2014, comes before the Court the plaintiff's unopposed Motion to Dismiss Without Prejudice (Document # 6). After reviewing the file, the Court concludes that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the plaintiff's unopposed Motion to Dismiss Without Prejudice is granted.

IT IS SO ORDERED.

                                            s/ J. Thomas Marten
                                            ~~JUDGE JAMES P. O'HARA~~
                                            J. THOMAS MARTEN, CHIEF JUDGE

Submitted by:

_/s/ Wm. P. Ronan_
William P. Ronan, III　KS 10594
                MO 47594
The Ronan Law Firm
Indian Creek Corporate Campus
10740 Nall Ave., Suite 160
Overland Park, Kansas 66211
Telephone: (913) 652-9937
Facsimile: (913)-385-9422
Email: wpr@theronanlawfirm.com
ATTORNEY FOR PLAINTIFF